NICHOLAS ROERICH, Appellant, v. THE SUN PRINTING AND PUBLISHING ASSOCIATION and UNITED PRESS ASSOCIATIONS, Respondents.— Orders unanimously

affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.